**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                              July 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV10718 (LMS)

Lewis Rosenberg
Shapiro, Schiff, Beilly, Rosenberg & Fox
225 Broadway- Ste 1115
New York, NY 10007

Rory Carleton McCormick
Corporation Counsel, City of Yonkers
City Hall, 40 South Broadway
Yonkers, NY 10701

The matter of **ENYIA-V-RUEDA** has been scheduled for a

conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on

**August 14, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                July 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV10718 (LMS)

Lewis Rosenberg
Shapiro, Schiff, Beilly, Rosenberg & Fox
225 Broadway- Ste 1115
New York, NY 10007

Rory Carleton McCormick
Corporation Counsel, City of Yonkers
City Hall, 40 South Broadway
Yonkers, NY 10701

    The matter of      **ENYIA-V-RUEDA**      has been scheduled for a

conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on

**August 14, 2008** at 10:30AM in Courtroom 420.

    Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.