▓▓▓▓▓▓▓▓▓▓▓▓ ORDER

**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
----------------------------------X

**ENYIA**

    Plaintiff(s)

    against

**RUEDA**

    Defendant(s)
----------------------------------X

Docket# **07CV10718**   **LMS**

TRIAL

✓ Pretrial Conference / (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began  ✓ Held  __ Continued  __ Completed  __ Scheduled

Date **09/04/2008**   Time **1400**   Duration (Min) **30**

For Plaintiff:
Lewis Rosenberg
Shapiro, Schiff, Beilly, Rosenberg & Fox
225 Broadway- Ste 1115
New York, NY 10007
212-267-9020

For Defendant:
Rory Carleton McCormick
Corporation Counsel, City of Yonkers
City Hall, 40 South Broadway
Yonkers, NY 10701
(914) 377-6256   Fax: (914)-964-0563

Remarks:

Fact depositions to be completed by Oct. 31.
P. to id. any expert by Oct. 17
D to id. any exp. by Oct. 31
Exch. exp. rpts. by Nov. 24
Complete exp. depos. by Dec. 15
Supp. exp. rpts. by Dec. 22
Disco. cutoff Jan. 9

ADJOURNED DATE: 1/16/08 1:45(cc)

TAPELOG
Tape
From   To

/So Ordered _Lisa Margaret Smith_
/USMJ